## STATEMENT OF FACTS

On Sunday, August 10, 2025, Officer Brandi Fowler was working in full MPD uniform, during the day shift and responded to a call for service in reference to shots fired on the fourth floor of 2219 Town Center Drive, Southeast in Washington, DC.   Through investigation, Officer Fowler and MPD members learned that a domestic violence altercation occurred at approximately 11:36 hours inside of 2219 Town Center Drive Apartment 419, Southeast, Washington D.C. 20020, in PSA 606.

Upon arrival, the building's concierge, W-1, advised Officer Oehmke that the altercation occurred on the fourth floor and that V-1 was dragged back into apartment 419.

Officer Fowler and Officer Oehmke made way to apartment 419. Before making contact, Officer Fowler talked briefly with two neighbors located across the hall from apartment 419. The first neighbor, W-2, advised that they heard what sounded like two gunshots from inside the unit. The second neighbor, W-3, advised that they heard fighting and saw a naked man chase a woman down the hall and after closing their apartment door they heard what sounded like sounds gunshots.

Officers knocked on apartment 419, and V-1 came out and advised officers that she was okay and that the only remaining people in the apartment were her two children.  V-1 also acknowledged that she had been arguing with another individual.

Officers made entry into the apartment to ensure there were no injured persons or victims inside. While clearing the apartment, officers located two children and Larry JOHNSON, DOB: ███████, PDID: ████████ (hereinafter, "JOHNSON"), who was dressed in a white tank top and boxers, in the back bedroom.



***The Defendant Emerging from the Back Bedroom with Two Children***

Officers also noticed two spent shell casings in the common area, as well as property damage defects to the common area floor consistent and with damage from a projectile.







***Images of Shell Casings and Damage***

V-1'S INTERVIEW:

Officer Fowler interviewed V-1 who stated that her boyfriend, JOHNSON, and her other child's father, O-1, had gotten into a verbal altercation over a situation with her eldest son inside the apartment. V-1 stated that after O-1 left the residence, she received a call on her cell phone continuing the argument. V-1 stated that during the argument between her and O-1, JOHNSON grabbed the phone and exchanged words with O-1. After exchanging words, JOHNSON threw V-1's phone across the room, destroying the front and back screen as well as the camera because he was upset that V-1 allowed O-1 to disrespect him.



***Image of Broken Phone***

V-1 stated that at this time, she unsuccessfully tried to grab JOHNSON's phone. V-1 stated that she tried to leave the apartment to de-escalate the situation and JOHNSON followed her out into the hallway and pulled her back inside.

V-1 advised Detective Shoemaker that once inside, JOHNSON shot a gun off on the balcony and in the common area toward the floor an unknown amount time. V-1 advised that at no point was the firearm aimed at her. V-1 described the gun to be silver and black and smaller than a Glock 17 (MPD's issued firearm). Detective Shoemaker indicated that MPD would not be leaving the residence soon.  MPD was still securing the scene.  V-1 provided Detective Shoemaker with consent to search the residence.

HALLWAY ALTERCATION AND RING CAMERA FOOTAGE:

Officer Johnson interviewed W-2 who states that they heard arguing from inside their apartment then two gunshots. W-2 was also able to provide officers on scene with Ring camera footage from the hallway which shows JOHNSON, only wearing a tank top, chasing V-1 then punching her with his fist and stomping on V-1 with his feet.



*JOHNSON stomping on V-1 in the hallway*



***V-1 getting up after having been stomped by JOHNSON***

Officer Thomas interviewed W-3 who stated that they were in the hallway when they observed JOHNSON chase V-1, throw her to the ground and hit her in the face.

THE SERACH:

While searching the closet of the back bedroom where JOHNSON was located when police initially arrived, officers recovered a firearm on the top left shelf of the closet.

The firearm was processed, and it was determined that it was a Springfield-Armory, Model: XD2V9, Serial Number: S3651071, Caliber: 9MM, that was silver and black in color.  Officers also recovered an empty 8-round capacity magazine.  At the time of recovery, the listed firearm appeared to be fully functional, designed to expel a projectile by means of explosion, designed to be fired with a single hand, and had a barrel length of less than 12 inches.



*Shelf in Closet*



*Recovery of Firearm by Officer Fowler*



*Firearm on the Ground*

They also found the bedroom closet 14 rounds of 9MM Sellier & Bellot 9mm Luger Ammunition.



*Box of Ammunition Recovered from the Closet*

A CRS query on the scene revealed that the firearm recovered was not registered in the District of Columbia and that JOHNSON did not have a license to carry a firearm in the District of Columbia. A CRS query also revealed negative results for firearms registered to 2219 Town Center Drive Apartment 419, Southeast, Washington D.C. 20020.

BARRING NOTICE:

While investigating, the Assisting Property Manager, O-2, provided Officer Oehmke with a signed barring notice that stated that JOHNSON was barred from the property until 2030.

After providing multiple different aliases, JOHNSON verbally identified himself as Larry Johnson, DOB: ████████

A criminal history check showed that JOHNSON was previously convicted in 2022 in Montgomery County, Maryland of Robbery, case number 135151C and sentenced to 10 years of incarceration with 8 years, 7 months, 5 days suspended, followed by 5 years of supervised probation. Accordingly, JOHNSON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Larry JOHNSON with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

Respectfully submitted,

Detective Jessica Shoemaker
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 13, 2025.

Honorable G. Michael Harvey
United States Magistrate Judge